RECEIVED
JUL 06 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:23-cr-51 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| ABIGAIL MARGARETE KNIGHT, | ) | T. 18 U.S.C. § 2251(a) |
| | ) | T. 18 U.S.C. § 2251(e) |
| Defendant. | ) | T. 18 U.S.C. § 2252(a)(2) |
| | ) | T. 18 U.S.C. § 2252(a)(4)(b) |
| | ) | T. 18 U.S.C. § 2252(b)(1) |
| | ) | T. 18 U.S.C. § 2252(b)(2) |
| | ) | T. 18 U.S.C. § 2253 |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Conspiracy to Commit Sexual Exploitation of a Child)

Beginning by March 29, 2021 or earlier, and continuing until on or about May 19, 2023, in the Southern District of Iowa, the defendant, ABIGAIL MARGARETE KNIGHT, did knowingly combine, conspire, confederate and agree with John Doe 1 to commit sexual exploitation of a child in violation of 18 U.S.C. § 2251(a), that is they did conspire to employ, use, persuade, induce, and entice a person under the age of eighteen, that is, Minor Victim 1, to engage in sexually explicit conduct, specifically, the lascivious exhibition of the genitals or pubic area of said minor, for the purpose of producing a visual depiction of such conduct using a means and facility of interstate and in and affecting interstate commerce, including by computer.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
**(Production of Child Pornography)**

On or about March 29, 2021, in the Southern District of Iowa, the defendant, ABIGAIL MARGARETE KNIGHT, did knowingly employ, use, persuade, induce, entice, and coerce any minor, that is, Minor Victim 1, to engage in sexually explicit conduct, specifically, the lascivious exhibition of the genitals or pubic area of said minor for the purpose of producing a visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cellular telephone.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
**(Distribution of Child Pornography)**

On or about March 29, 2021, in the Southern District of Iowa, the defendant, ABIGAIL MARGARETE KNIGHT, did knowingly distribute a visual depiction that had been shipped and transported in interstate and foreign commerce by any means, including by computer, the producing of said visual depictions involving the use of a minor, that is, one person under the age of eighteen (18) years, engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), said

visual depiction being of such conduct.

This is a violation of Title 18, United States Code, Sections 2252(a)(2) and 2252 (b)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
**(Production of Child Pornography)**

On or about April 10, 2021, in the Southern District of Iowa, the defendant, ABIGAIL MARGARETE KNIGHT, did knowingly employ, use, persuade, induce, entice, and coerce any minor, that is, Minor Victim 1, to engage in sexually explicit conduct, specifically, the lascivious exhibition of the genitals or pubic area of said minor for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cellular telephone.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5
**(Distribution of Child Pornography)**

On or about April 10, 2021, in the Southern District of Iowa, the defendant, ABIGAIL MARGARETE KNIGHT, did knowingly distribute visual depictions that had been shipped and transported in interstate and foreign commerce by any means, including by computer, the producing of said visual depictions involving the use of a

minor, that is, one person under the age of eighteen (18) years, engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), said visual depictions being of such conduct.

This is a violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 6**</u>
**(Conspiracy to Commit Sexual Exploitation of a Child)**

Beginning by July 14, 2020 or earlier, and continuing until on or about May 19, 2023, in the Southern District of Iowa, the defendant, ABIGAIL MARGARETE KNIGHT, did knowingly combine, conspire, confederate, and agree with another person known to the grand jury to commit the sexual exploitation of a child in violation of 18 U.S.C. § 2251(a), that is they did conspire to employ, use, persuade, induce, and entice persons under the age of eighteen, that is, Minor Victim 1 and Minor Victim 2, to engage in sexually explicit conduct, specifically, the lascivious exhibition of the genitals or pubic area of said minors, for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct over the internet, and knowing or having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and in and affecting interstate commerce, including by computer and cellular telephone.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 7
### (Production of Child Pornography)

On or about July 14, 2020, in the Southern District of Iowa, the defendant, ABIGAIL MARGARETE KNIGHT, did knowingly employ, use, persuade, induce, entice, and coerce any minor, that is, Minor Victim 2, to engage in sexually explicit conduct, specifically, the lascivious exhibition of the genitals or pubic area of said minor for the purpose of producing any visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct over the internet, and knowing or having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and in and affecting interstate commerce, including by computer and cellular telephone.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 8
### (Production of Child Pornography)

On or about August 3, 2020, in the Southern District of Iowa, the defendant, ABIGAIL MARGARETE KNIGHT, did knowingly employ, use, persuade, induce, entice, and coerce any minor, that is, Minor Victim 1 and Minor Victim 2, to engage in sexually explicit conduct, specifically, the lascivious exhibition of the genitals or pubic area of said minors for the purpose of producing any visual depiction of such

conduct, and for the purpose of transmitting a live visual depiction of such conduct over the internet, and knowing or having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and in and affecting interstate commerce, including by computer and cellular telephone.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 9
**(Production of Child Pornography)**

On or about August 9, 2020, in the Southern District of Iowa, the defendant, ABIGAIL MARGARETE KNIGHT, did knowingly employ, use, persuade, induce, entice, and coerce any minor, that is, Minor Victim 1 and Minor Victim 2, to engage in sexually explicit conduct, specifically, the lascivious exhibition of the genitals or pubic area of said minors for the purpose of producing any visual depiction of such conduct, and for the purpose of transmitting a live visual depiction of such conduct over the internet, and knowing or having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and in and affecting interstate commerce, including by computer and cellular telephone.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 10**
**(Production of Child Pornography)**

On or about August 30, 2020, in the Southern District of Iowa, the defendant, ABIGAIL MARGARETE KNIGHT, did knowingly employ, use, persuade, induce, entice, and coerce any minor, that is, Minor Victim 1 and Minor Victim 2, to engage in sexually explicit conduct, specifically, the lascivious exhibition of the genitals or pubic area of said minors for the purpose of producing any visual depiction of such conduct, and for the purpose of transmitting a live visual depiction of such conduct over the internet, and knowing or having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and in and affecting interstate commerce, including by computer and cellular telephone.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 11**
**(Production of Child Pornography)**

On or about March 22, 2023, in the Southern District of Iowa, the defendant, ABIGAIL MARGARETE KNIGHT, did knowingly employ, use, persuade, induce, entice, and coerce any minor, that is, Minor Victim 2, to engage in sexually explicit conduct, specifically, the lascivious exhibition of the genitals or pubic area of said minor for the purpose of producing any visual depiction of such conduct, and for the

purpose of transmitting a live visual depiction of such conduct over the internet, and knowing or having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and in and affecting interstate commerce, including by computer and cellular telephone.

This is a violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 12
### (Possession of Child Pornography)

On or about May 24, 2023 in the Southern District of Iowa, the defendant, ABIGAIL MARGARETE KNIGHT, did knowingly possess one (1) and more items, including images stored on computers and other digital media and other matters, containing visual depictions that had been shipped and transported in interstate and foreign commerce, and which were produced using materials which had been so shipped and transported, by any means including by a computer, the producing of said visual depictions involving the use of minors, that is, persons under the age of eighteen (18) years, and visual depictions involving prepubescent minors and minors who had not attained 12 years of age, engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), said visual depictions being of such conduct.

This is a violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

**THE GRAND JURY FINDS:**

**<u>NOTICE OF FORFEITURE</u>**

1. The allegations contained in Counts 1-12 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Sections 2253 and 2428.

2. From his engagement in any or all of the violations alleged in Counts 1-12 of this Indictment, the defendant, ABIGAIL MARGARETE KNIGHT, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253 and 2428, all interest in:

   a. Any visual depiction or other matter containing such visual depiction which was produced, transported, mailed, shipped, received, or possessed as alleged in Counts 1-12 of this Indictment;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts 1-12 of this Indictment; and,

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses alleged in Counts 1-12 of this Indictment.

3. The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, computer hardware such as monitors, central processing units, and keyboards, computer programs, software, computer storage

devices such as disk drive units, disks, tapes, and hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software.

4. If, as a result of any act or omission of the defendant, ABIGAIL MARGARETE KNIGHT, any of the property described above as being subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or,

    e. has been commingled with other property, which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(a), and Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant, ABIGAIL MARGARETE KNIGHT, up to the value of any forfeitable property described above.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL.

                                                FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Clifford R. Cronk III
Assistant United States Attorney