IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | ) | Criminal No. 3:23-cr-51 |
|---|---|---|
| | ) | |
| | ) | GOVERNMENT'S MOTION FOR |
| v. | ) | LEAVE TO FILE MOTION |
| | ) | UNDER SEAL |
| ABIGAIL MARGARETE KNIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, the United States of America, in the Southern District of Iowa, by and through Assistant United States Attorney Melisa K. Zaehringer, and hereby moves the court for permission to file a sentencing memo under seal, due to its sensitive nature.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By:

 /s/ *Melisa Zaehringer*
Melisa K. Zaehringer
Assistant U.S. Attorney
United States Attorney's Office
131 East 4th Street
Davenport, IA 52801
Office: (563) 449-5440
Cell: (563) 449-5433
E-mail: melisa.zaehringer@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on  June 4, 2024, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.  I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

____U.S. Mail _____ Fax _____Hand Delivery
  X    ECF/Electronic filing     ____Other means

1

UNITED STATES ATTORNEY
By: */s/Melisa Zaehringer*
Assistant United States Attorney