# Elizabeth Griffin, M.A.
### 15798 Venture Lane
### Eden Prairie, MN 55344
### Minnesota LMFT #860

## EDUCATION/CERTIFICATIONS

B.A., Psychology, Guilford College, Greensboro, North Carolina (1979)

M.A., Marriage, Family, and Child Counseling, California Family Studies Center, Los Angeles, California (1986)

Monarch Penile Plethysmograph (PPG) Certified, Behavioral Technology Institute, Salt Lake City, Utah (1990, 1998, 2013, 2014)

Abel Screen of Sexual Interest Certified, Abel Screening, Inc,  (2011)

Board Approved Supervisor in MN for both LMFT/LPCC since 2011

Level I EMDR Training (2012)/Level II EMDR Training (2015)

Certified in Risk Assessments – Risk Matrix 2000, Static 99R, STABLE 2007, ACUTE 2007 (1999, 2014)

Affinity Measure of Sexual Interest Certified and Trainer (2016)

LOOK Measure of Sexual Interest Certified (2017)

Hare Psychopathy Checklist Revised Training (2019)


## PROFESSIONAL EXPERIENCE

**2018 to Present**
Clinical Consultant for Faithful and True. Consultant related to problematic sexual behavior related to individuals, couples, and families.

**2017 to Present**
Provide ongoing training and consulting for Minnesota Department of Corrections Sex Offender Treatment Programs.

**2014 to Present**
Alpha Human Services evaluator for clients referred for sexual offenses. Consultant for issues related to Internet sexual offense behavior.

**2011 to Present**
Consultant for MN Sex Offender Civil Commitment Program (MSOP)

**2003 to Present**
Internet Behavior Consulting (IBC)
Consultation, training, evaluation and intervention for problematic online behavior.
Co-Director



DEFENDANT'S
EXHIBIT
B
3:23-cr-51

**2002 to Present**
Elizabeth Griffin, Counseling and Consulting
Private practice specializing in sexual offending, sexual compulsivity, problematic Internet behavior as well as victim services. Consulting and training services related to sex offending, sexual compulsivity, and problematic online sexual behavior. Services include staff training, program development and implementation, court evaluations, clinical assessments, treatment and clinical supervision.
Sole Proprietor

**1995 - 2002**
Project Pathfinder, St. Paul, MN
Clinical Therapist for Court Ordered Sex Offenders. In addition, set up and supervised Monarch PPG lab.

**1994 - 2003**
American Foundation for Addiction Research
Chief Operating Officer

**1994 - 1996**
Del Amo Hospital, Torrance, CA
Clinical Supervisor, Program Development, and Marketing Consultant for Sexual Compulsivity Unit and Sexual Offender Unit

**1989 - 1994**
Academy of Justice; San Diego, CA
Instructor for Law Enforcement/Probation
Course content: Sex Offenders/Sexual Abuse

**1990 - 1994**
Corrigan and Associates; San Diego, CA
Clinician for Adolescent/Adult Sexual Offenders/Forensic Evaluations/Phallometric Testing/Clinical Supervision/Community Education

**1991 - 1993**
Psychological and Personal Development Center, San Diego, CA.
Clinician-Co-facilitated weekly sex offender groups.

**1990 - 1991**
Southwood Hospital, Chula Vista, CA
Sexual Trauma Program Director for Sex Offender and Sexual Victim Program

**1989 - 1990**
National University, San Diego, CA
Instructor –Undergrad Psychology

**1988 - 1990**
Children's Hospital, San Diego, CA
The Center for Child Protection

Evidentiary Interviewer conducting videotaped forensic interviews with alleged victims of sexual abuse for law enforcement and the District Attorney's office.

**1987 - 1988**
Family Advocacy Center Camp Pendleton Marine Base, Oceanside, CA
Clinician/Case Manager specializing in sexual offending issues and sexual abuse cases

**1987 - 1988**
Parents United, Oceanside, CA
Clinician for adult sexual offender/child victims

**1986 - 1987**
Turning Point Crisis Center, Vista, CA
Crisis Counselor

**1985 - 1986**
Women's Resource Center, Oceanside, CA
Sexual assault counselor and clinician at the Camp Pendleton Brig for sexual offender group.

**1981 - 1983**
Sierra Royal Psychiatric Hospital
Rehabilitation Therapist

## PUBLICATIONS

Delmonico, D. L., Putney, H., & Griffin, E. J. (2017). Sexual addiction in the digital age. In Thaddeus Birchard and Joanna Benfield (Eds.), The International Handbook on Sexual Addiction, London: Routledge Publishing.

Delmonico, D. L., Putney, H., & Griffin, E. J. (2017). Sexting and the @ generation: Implications, motivations, and solutions. Internet Addiction in Children and Adolescents.

Delmonico, D. L. & Griffin, E. J. (2014). Sexual Addiction: Assessment, Management, and Treatment. Systemic Sex Therapy: New York, NY:  Routledge.

Parsons, R., Honyara, N., Delmonico, D. L., & Griffin, E. J. (2014).  The Child Abuse Material Instrument (CAMI): Collecting and using forensic data in child pornography cases.  *Perspectives: Journal of the American Probation and Parole Association, 38 (1)*, 94-106.

Delmonico, D. L., & Griffin, E. J. (2013). *Illegal Images. Critical Issues and Strategies for Addressi*ng *Child Pornography Use*, Holyoke, MA: NEARI Press.

Delmonico. D.L. & Griffin, E. J. (2013). Possession of child pornography: A case study. In William T. O'Donahue (Ed.), *Case studies in sexual deviance: Toward evidence based practice*. Routeledge, Philadelphia, PA.

Delmonico, D.L., & Griffin, E.J. (2013).  Helping probation manage cybersex offenders. Middle Atlantic States Correctional Association "The Connection" Newsletter.

Delmonico, D. L., & Griffin, E. J. (2011). Cybersex addiction and compulsivity. In K. S. Young & C. N. de Abreu (Eds.), *Internet addiction: A handbook and guide to evaluation and treatment* (pp. 113-134). Hoboken, NJ: Wiley.

Behun, R. J., Delmonico, D. L., Sweeney, V., & Griffin, E. J. (2011). Filtering and monitoring Internet content: A primer for helping professionals. Revised and resubmitted to *Sexual Addiction & Compulsivity: The Journal of Treatment and Prevention*.

Delmonico, D. L., & Griffin, E. J. (2010). The future of Internet safety prevention: Catching up with the @ generation. In K. L. Kaufman (Ed.), *The prevention of sexual violence: A practitioner's sourcebook* (pp. 251–266). Holyoke, MA: NEARI Press.

Delmonico, D. and Griffin, E (2008). *Cybersex and the e-Teen: What Marriage and Family Therapists Should Know*. Journal of Marital and Family Therapy.

Delmonico, D. and Griffin, E (2008). *Setting Limits in the Virtual World: Helping Familes Develop Acceptable Use Policies*. Paradigm Magazine.

Delmonico, D. and Griffin, E. (2007) *Sex Offenders Online.* In D. Richard Laws & William O' Donahue (Eds). Sexual Deviance (2nd ed.), New York: Guilford Press.

Carnes, P., Delmonico, D., and Griffin, E. *In the Shadows of the Net: Breaking Free of Online Compulsive Sexual Behavior.* (2nd ed.). Center City, MN: Hazelden, 2007.

Delmonico, D.L., and Griffin, E.J. (2007). The Addictive Process: A primer for mental health professionals. In J. Gregoire (Ed*.). The Counseling Companion*. NewYork: Brooks/Cole Publishing.

Delmonico, D. L., and Griffin, E. J. (2005). Sex offenders online: What clinicians need to know. In B. Schwartz, and H. R. Cellini (Eds.). *The Sex Offender.* New York: Civic Research Institute.

Delmonico, D. L. and Griffin, E. J. (2004). Cybersex. *Human Computer Interaction Encyclopedia*. Great Barrington, MA: Berkshire Publishing.

Delmonico, D.L., Carnes, P.J., and Griffin, E. (2002). *Treating online compulsive sexual behavior: When Cybersex becomes the drug of choice*. In A. Cooper (Ed.). *Sex and the Internet: A Guidebook for Clinicians*. New York, NY: Taylor and Frances.

Delmonico, D. L. and Griffin, E. J. (2002). *Classifying problematic sexual behavior: A working model revisited*. In P. J. Carnes and K. M. Adams (Eds.) *The Clinical Management of Sexual Addiction.*

Delmonico, D. L. and Griffin, E. J. (2002) *Cybersex Unhooked: Understanding and managing compulsive online sexual behavior.* The National Council for Sexual Addiction and Compulsivity Newsletter.

Delmonico, D. L. and Griffin, E. J. (August, 2002). The challenge of treating compulsive sex. *Counselor: The magazine for addiction professionals, 3*, 14-20.

Carnes, P., Delmonico, D., Griffin, E. *In the Shadows of the Net: Breaking Free of Online Compulsive Sexual Behavior.* Center City, MN: Hazelden, 2001.

Delmonico, D., Griffin, E., Moriarity, J. *Cybersex Unhooked: A Workbook for Breaking Free of Compulsive Online Sexual Behavior.* Wickenburg, AZ.: Gentle Path Press, 2001.

Griffin, E.J. *Cybersex: Online Sexuality.* MN Community Corrections, Happenings. 1999. Delmonico, D., Griffin. (1997). Classifying Problematic Sexual Behavior: A Working Model. *Sexual Addiction and Compulsivity, the Journal of Treatment and Prevention,* Volume 4, Number 1, 91-104.

Goldstein, J., Griffin, E. (1993). The Use of a Physician-Social Worker Team in the Evaluation of Child Sexual Abuse. *Journal of Child Sexual Abuse,* Volume 2, Number 2, 85-93.


## SELECTED PRESENTATIONS

Delmonico, D. L. & Griffin, E.J (June 2020) *Digital Deviance: Assessing, Treating and Managing Online Sex Offenders.* 2020 Wisconsin Association for the Treatment of Sexual Abusers Annual Conference.

Griffin, E.J. & Angeline Stanislaus (November 2019). *Optimizing Management of Hypersexuality and Sexual Preoccupation by the Combine Sue of Medication and Behavioral Techniques.* 2019 ATSA Annual Research and Treatment Conference.

Griffin, E.J. (June 2019) *#onlinesexoffender: The Zeros and Ones of Psychosexual Evaluations.* 2019 National Forensic College, New York, New York.

Griffin, E.J. & Hebert, J.M. (October 2018) *Raising the Next Generation of Sex Offender Therapists.* Sex Offender Civil Commitment Program Annual Conference, Vancouver, British Columbia.

Delmonico, D.L. & Griffin, E.J. (November, 2018) *#digitaldeviance: Assessment, Management and Treatment of Sex Offenders Online.* New Jersey Sex Offender Treatment Association, Newark, NY.

Griffin, E.J. (October, 2018) *The Art of Sex Offender Treatment,* MN DOC Sex Offender Programs, Lino Lakes, MN.

Griffin, E.J. (June 2018) *The Art and Science of Sex Offender Treatment,* MO SORTS Program, Farmington, MO.

Griffin, E.J. (June 2018) *Balancing the Scales, Sexual Health and Sexual Deviance*, MO SORTS Program, Farmington, MO.

Griffin, E.J. (June 2018) *Hypersexuality in Individuals who Commit Sexual Offenses*, MO SORTS Program, Farrington, MO.

Griffin, E.J. (May 2018) *Assessing, Treating and Managing Sexual Deviance,* MN Department of Corrections, Sex Offender Treatment Program. Lino Lakes, MN.

Griffin, E.J., (November 2017) *Forensic Child Interviews,* National Association of Criminal Defense Lawyers 8th Annual Conference, Las Vegas, NV.

Delmonico, D.L. & Griffin, E.J. (November, 2017) *#digitaldeviance: Assessment, Management and Treatment of Sex Offenders Online.* VA Sex Offender Treatment Association Annual Conference, Richmond, VA.

Delmonico, D.L. & Griffin, E.J. (April, 2017) *#digitaldeviance: Assessment, Management and Treatment of Sex Offenders Online.* MN Sex Offender Treatment Association Annual Conference, Minneapolis, MN

Griffin, E.J. & J.M. Hebert (April 2017) *Sexual Deviancy* MA Association for the Treatment of Sexual Abusers Annual Conference, Malbourgh, MA.

Delmonico, D. L. & Griffin, E.J. (November 2016) *#digitaldeviance: Assessment, Management and Treatment of Sex Offenders Online.* Association for the Treatment of Sexual Abusers Annual Conference, Orlando, FL.

Elsen, N., Meyer, K., Griffin E.J. (November 2016) *Arousal Management: Addressing Deviant Sexual Arousal in Sexual Offenders.* Association for the Treatment of Sexual Abusers, Orlando, FL.

Griffin, E.J. (September 2016) *Stop Talking Clients to Death.* Keynote Address, Society for the Advancement of Sexual Health, Austin, TX.

Griffin, E. J. (April 2016) *Illegal Images: An Overview of the Child Pornography Offender.* Mid Atlanta Regional Chapter for the Treatment of Sexual Abusers. Mount Pocono, PA.

Griffin, E. J., Elsen, N. & Meyer, K. (April 2016) *Arousal Management: Addressing Deviant Sexual Arousal in Sexual Offenders.* Minnesota Association for the Treatment of Sexual Abusers, Minneapolis, MN.

Griffin, E. J. & J.M. Hebert (April 2016) *Art + Science= Effective Treatment.* Massachusetts Association for the Treatment of Sexual Abusers. Marlborough, MA.

Delmonico, D.L. & Griffin, E.J. (November 2015*) #cyberoffenders: Using Psychosexual Evaluation at Sentencing.* NACDL Annual Defending Sex Crimes Conference. Las Vegas, NV.

Griffin, E. J. (June 2015) *Creative Treatment Strategies for Working with Sexual Offenders.* MN Department of Corrections, Lino Lakes, MN.

Delmonico, D. L. & Griffin, E. J. (2015). *Assessment, Management, and Treatment of Online Sex Offenders.* Indiana Sex Offender Management Program, Indianapolis, Indiana.

Griffin, E. J. (April 2015) *#cyberoffenses: Trending Topics.* Fox Valley Course for Military Prosecutors, Washington, DC.

Griffin, E. J. & J.M. Hebert (April 2015) *Art + Science= Effective Treatment.* Massachusetts Association for the Treatment of Sexual Abusers. Marlborough, MA.

Griffin, E. J. (March 2015) *#cyberoffenses: Trending Topics.* Fox Valley Course for Military Prosecutors, Washington, DC.

Delmonico, D.L. & Griffin, E.J. (October 2014) *Offline, Online, and Over the Line: Assessment and Treatment of Sexual Offenders Online.* Association for the Treatment of Sexual Abusers, Annual Conference, San Diego, CA.

Delmonico, D.L. & Griffin, E.J. (May 2014) *Digital Health and Civility: The Role of the Church.* Erie Diocese, Erie, PA.

Griffin, E. J. (May 2014) *Offline, Online and Over the Line, Adolescents, Sex, and The Internet.* Sexual Violence Prevention Meeting, St. Paul, MN.

Delmonico, D.L. & Griffin, E. J. (April 2014) *Offline, Online, and Over the Line, Assessment, Management, and Treatment of Sex Offenders Online.* PA Sexual Offender Management Board, Harrisburg, PA.

Delmonico, D. L. & Griffin, E.J. (August 2013). *#cyberoffenses: Trending Topics in the Assessment, Management, and Treatment of Sex Offenders Online.* GA Association for the Treatment of Sexual Abusers. Atlanta, GA.

Griffin, E, J, (March 2013). *Examination of Forensic Experts in Criminal Cases.* North Carolina Advocates for Justice, Raleigh, NC.

Griffin, E, J. (March 2013). *In the Shadows of the Net: Understanding Problematic Online Sexual Behavior*, Minneapolis, MN.

Delmonico, D. L. & Griffin, E. J. (December 2012). *#cyberoffense: Trending Topics in Assessment and Treatment.*  Pennsylvania Sex Offender Assessment Board, Harrisburg, Pennsylvania.

Griffin, E. J. (November 2012). *Cybersex Issues*. St. Mary's Masters in Counseling Program, Minneapolis, Mn.

Delmonico, D. L. & Griffin, E. J. (October 2012). *#cyberoffense: Trending Topics in the Assessment, Management, and Treatment of Sex Offenders Online*. Association for the Treatment of Sexual Abusers National Conference, Denver, CO.

Delmonico, D. L. & Griffin, E. J. (September 2012). *Overview of Problematic Sexual Behavior - Level I.*  Society for the Advancement of Sexual Health, San Antonio, Texas.

Delmonico, D. L. & Griffin, E. J. (September 2012). *Cybersex Issues - Level I.*  Society for the Advancement of Sexual Health, San Antonio, Texas.

Delmonico, D. L. & Griffin, E. J. (2012, July). *In the Shadows of the Net:: Online Problematic Sexual Behavior.*  Southern States Correctional Association, Lexington, Kentucky.

Delmonico, D. L. & Griffin, E. J. (November 2011). *Assessing and Treating Problematic Online Sexual Behavior in Youth and Adults*. Kentucky Psychological Association, Lexington, Kentucky.

Griffin, E.J. (October, 2011) *The @ Generation: The Online Behavior of Youth*. Community Care Resources, Madison, WI.

Delmonico, D.L. & Griffin, E.J. (October 2012). *Problematic Internet Use: Pastoral Implications.* Erie Diocese, Erie, PA.

Delmonico, D. L. & Griffin, E.J. (September 2011). *My Client is Looking at What…. and Chatting with Who…* Society for the Advancement of Sex Health, San Diego, CA.

Delmonico, D. J. & Griffin, E. J. (May 2011). *The Latest in Internet Offending.* Wisconsin Association for the Treatment of Sexual Abusers, Madison, Wisconsin.

Griffin, E.J. & Anderson, Rick (May, 2011). *Health and Wellness for Law Enforcement*. North Dakota Internet Crimes Against Children, Fargo, ND.

Delmonico, D. L. & Griffin, E. J. (April, 2011). *Problematic Online Sexual Behavior and Its impact on the Family.* Brattleboro Retreat, Mental Health and Addiction Care Facility, Brattleboro, Vermont.

Delmonico, D. L. & Griffin, E. J. (March, 2011*). Sex, Tech, and Exploitation: Sex Offenders Online.*  State of Alaska, Department of Corrections, Anchorage, Alaska.

Delmonico, D. L. & Griffin, E. J. (March 2011).  *In the Shadows of the Net. Trouble Youth Online.*  PA Department of Juvenile Probation, State College, MN.

Delmonico, D. L. & Griffin, E. J. (February, 2011). *Pastoral Ministry in the Age of Cybersex*. Christ the King Seminary, Buffalo, NY.

Griffin, E, J, (2011, January). *Healthy Sexuality*. MN Sex Offender Treatment Program, St. Peter, MN.

Griffin, E.J. (2010, November). *Health and Wellness for Clinicians Treating Sexual Offenders.* MN Sex Offender Treatment Program, Moose Lake, MN.

Delmonico, D. L. & Griffin, E. J. (October 2010). *In the Shadows of the Net, Sex Offenders Online.* Iowa Psychological Association, Perry, Iowa.

Delmonico, D. L. & Griffin, E. J. (October 2010). *In the Shadows of the Net: Problematic Online Sexual Behavior.* St. Meinrad Seminary, St. Meinrad, Indiana.

Delmonico, D. L. & Griffin, E.J. (October 2010). *Cybersexploitation: Unraveling Assessment, Management, and Treatment of Sex Offenders Online.* Association for the Treatment of Sexual Abusers, Phoenix, AZ.

Delmonico, D.L. & Griffin, E. J. (October 2010). *The Future of Internet Safety Program: Catching Up With the @ Generation.* 10th Annual Child Abuse and Neglect Conference, Atlanta, GA.

Griffin, E.J. (2010, August). *The @ Generation: The Online Behavior of Youth.* St. Joseph's Foundation, 14th Annual Symposium, Brainerd, MN.

Delmonico, D.L. & Griffin, E.J. (2010, August). *Sex, Tech, and Exploitation: Sex Offenders Online.* Federal Bureau for Prisons, St. Louis, MO.

Griffin, E.J. (2010, July). *Sexual Compulsivity: Interaction, Intervention and Continuity of Care.* 9th Annual Summer Leadership Conference on Addictions, Minneapolis, MN.

Griffin, E.J. (2010, June). *Sex Offenders Online: What we Know and What we Need to Know.* SD Chapter of the Association of the Treatment of Sexual Abusers, Sioux Falls, SD.

Delmonico, D. L., & Griffin, E. J. (2010, June). *Sex, Tech, and Exploitation: sex Offenders Online.* A presentation for the United States Federal Probation, San Diego District Conference; Palm Springs, California.

Griffin, E.J. (2010, May). *Sex Offenders Online.* A presentation for the 6th Annual Clinical Forum on Mental Health; Bismark, ND.

Delmonico, D.L., & Griffin, E. J. (2010, April), Sex, Tech and Exploitation: Sex Offenders Online. A presentation for the MN Chapter of the Association of Sexual Abusers; Minneapolis, MN.

Delmonico, D.L., & Griffin, E. J. (2010, April). *Tech, Sex and Exploitation: Understanding Sex Offenders in Cyberspace.* A presentation for the Mental Health in Correction Conference, Chicago, IL.

Griffin, E. J. (2010, March). *Women and Their Sexual Behavior Online.* A presentation for the Women's Summit on Sexuality; Dallas, Texas.

Griffin, E.J. (2010, March) *Sex Offenders Online: What Probation Needs to Know.* A presentation for the MN Department of Corrections., Monticello, MN.

Griffin, E. J. (2010, March). *Sexually Compulsive Behaviors and Sex Offender, Offline and Online.* A presentation for State of MN, Sex Offender Treatment Program, Moose Lake, MN.

Griffin, E. J. (2010, February). *Sexually Compulsive Behaviors and Sex Offender, Offline and Online.* A presentation for State of MN, Sex Offender Treatment Program, St. Peter, MN.

Delmonico, D. L., & Griffin, E. J. (2010, February). *Sex, tech, & exploitation: Sex offenders online.* A presentation for the Pennsylvania Sex Offender Assessment Board; Harrisburg, Pennsylvania.

Delmonico, D. L., & Griffin, E. J. (2010, January). *Problematic online sexual behavior: Individual, couples, and family dynamics.* A presentation for the Chi Sigma Iota Chapter of University of Southern California; Bakersfield, California.

Delmonico, D. 7 Griffin, E. (2009, December). *The Internet, Sex Offenders,& Cyber-Offense Behaviors: Assessment, Treatment and Management.* MIATSA, Lansing, MI.

Delmonico, D. & Griffin, E. (2009, November). *Cybersex and The e-Family, What Marriage and Family Therapist Need to Know.* CAMFT, Oakland, CA.

Griffin, E, (2009, October) *Twitter, Facebook, My Space, Sexting, Cyberbullying, What's It all About.* Stables, MN.

Griffin, E. (2009, October) *Internet Myth Busters.* Freshwater School District, 4 Junior High Schools, Minnesota.

Griffin, E. (2009, October) *Cybersex Unplugged,* Pride Institute, Minneapolis, MN.

Delmonico, D.L. & Griffin, E. (2009, October). *Tech, Sex, & Exploitation: Working with Online Sex Offenders.* 28th Annual ATSA Conference, Dallas, Texas.

Delmonico, D.L. & Griffin, E. (2009, September). *Incorporating the ISST-R into an Internet Assessment.* SASH Annual Conference, San Diego, CA.

Delmonico, D. L., & Griffin, E. (2009, August). U*nderstanding Sex Offenders Online:  Assessment, Management, and Treatment Issues*. TN Sex Offender Management Board, Nashville, Tennessee.

Delmonico, D. L., & Griffin, E. (2009, July). *In the Shadows of the Net Understanding, Assessing, and Treating Online Problem Behaviors.* J & K Seminars, Philadelphia, Pennsylvania.

Delmonico, D. L., & Griffin, E. (June 2009). *In the Shadows of the Net: Sex Offenders Online.* Federal Probation, Los Angeles, CA.

Griffin, E. (June 2009). *In the Shadows: Offline and Online Sexual Compulsivity.* Brainerd, MN.

Griffin, E. ( 2009, April). *Sex Addiction and The Internet.* Bethel Seminary, Minneapolis, MN.

Delmonioc, D.L., & Griffin, E. (April 2009). *In the Shadows of the Net, Sex* Offenders On*line.* Federal Probation, Seattle, WA

Delmonico, D. L., & Griffin, E. J. (2009, March) *Sexual Addiction and Compulsivity: Controversy and Current Thinking.* American Psychological Association Continuing Education Division, Washington, DC.

Delmonico, D. L., & Griffin, E. J. (2009, January) *Beyond Technological Intelligence: Keeping Youth Safe and Healthy Online.* Oracle Corporation, Arlington, Virginia.

Griffin, E.J. (January 2009) *Sex in the Shadows: Offline and Online Sexual Compulsivity.* Hazelden Graduate School, Center City, MN.

Delmonico, D., and Griffin, E. (October 2008). *Sexual Addiction and Substance Abuse: Understanding the Complex Relationship.* New York, NY.

Delmonico, D, and Griffin, E. (October 2008). *Internet Sex Offenders: Who are They?* ATSA Annual Conference, Atlanta, GA.

Griffin, E. (October 2008). *Family Challenges: Problem Sexuality, Guidance and Hope.* Minneapolis, MN.

Griffin, E. and Anderson, R (September 2008). *ICAC Mental Health Awareness.* 2008. Project Safe Conference, Columbus, Ohio.

Delmonico, D. and Griffin, E. (September, 2008*). e-valuation: Sex Offenders, Offline and Online.* 2008 SASH Conference, Boston, MA.

Delmonico, D. and Griffin, E. (August 2008). *The @ Generation and Cybersex, Understanding, Assessing, Managing and Treating*, (2 day training). Peoria, IL.

Griffin, E. (June 2008). *Treating and Managing Online Addictive Behaviors*. 10th Annual Yankton Area Mental Health Conference, Yankton, SD.

Griffin, E. (April 2008). *Sex Offenders Online, Assessment and Treatment*. MNATSA Annual Conference, Brooklyn Park, MN.

Griffin, E. (April 2008). *The @ Generation*: *What you Need to Know.* Perspectives Counseling Center, Troy, MI.

Anderson, R. and Griffin, E. (February 2008) *The Good, The Bad and The Ugly: Adolescents and the Electronic World.* MN Association of Alternative Programs, St. Paul, MN

Delmonico, D. and Griffin, E. (February 2008). In *the Shadows of the Net: Sex Offender Online*. Unites States Pretrail Services, National Symposium on Cyber Crime, Los Angeles, CA.

Griffin, E. and Anderson, R. (January 2008). *The Internet,* What *you Need to Know.* Junior High Presentation, *Lessons from a Spider.* Elementary School Presentation, Yellow Medicine School District, MN.

Delmonico, D. and Griffin, E. (November 2007*). In the Shadows of the Net: Understanding Problematic Online Sexual Behavior.* Brattleboro Retreat Center, Brattleboro, VT.

Delmonico, D. and Griffin, E. (October 2007). *Dateline Caught Them, Now What?* ATSA Conference, San Diego, CA.

Griffin, E. and Anderson, R. (October 2007). *Internet Crimes Against Children Wellness Issues*. ICAC National Conference, San Jose, CA.

Delmonico, D. and Griffin, E. (October 2007). *Internet Addictions: Understanding, Resolution and Prevention.* Saint Maynard School of Theology, St. Maynard, IN.

Delmonico, D. and Griffin, E. (September 2007). *Myspace, Yourspace and Cybersex: Children and Teens Online.* The Antioch Group, Peoria, IL.

Delmonico, D. and Griffin, E. (September 2007). *The  Use of Multimedia in the Treatment of Cybersex Compulsives.* The Society for the Advancement of Sexual Health, Las Vegas, NV.

Bunger, A. and Griffin, E. (August, 2007), *Cybersex and Pornography.* Florida US Probation Department, Miami, FL.

Bunger, A, and Griffin, E. (August 2007). *Sex Offenders Online: What Probation Needs to Know.* Florida US Probation Department, Miami, FL.

Delmonico, D. and Griffin, E. (June 2007). *In the Shadows of the Net; What Helping Professionals Need to Know.* Bair Foundation, New Wilmington, PA.

Griffin, E. and Anderson, R. (2007, June 2007). *Protecting the Mental Health of your Investigators*. Internet Crimes Against Children Task Force, Charleston, SC.

Griffin, E.J. (2007, June 2007). *Assessing and Treating Sexual Offenders.* International Institute for Trauma and Addiction Professionals, Minneapolis, MN.

Griffin, E.J. (2007, June 2007). *Assessing and Treating Cybersex.* International Institute for Trauma and Addiction Professionals, Minneapolis, MN .

Delmonico, D.L. and Griffin, E.J. (2007, May). *Internet Safety Across the Lifespan.* Diocese of Monterey, Monterey, CA.

Delmonico, D.L. and Griffin, E.J. (2007, May). *Online Sexual Behavior: Concepts Information Systems Professionals Should Know.* DISC Conference, Monterey, CA.

Delmonico, D. L. and Griffin E. J. (2007, May). *The "@" Generation Sex Offender: What Helping Professionals Need to Know.* NOJOS Clinical Intensive Training, Snowbird, Utah.

Griffin, E. J. (2007, May). *Keeping Kids Safe on the Internet: Knowing What Conversations You Need to Have.* Prince of Peace Lutheran Church; Brooklyn Park, MN.

Delmonico, D. L. and Griffin E. J. (2007, May). *In the Shadows of the Net: Troubled Youth and Cybersex.* Agencies and Organizations Serving Troubled Youth, Snowbird, Utah.

Delmonico, D. L. and Griffin, E. J. (2007, April). *Problematic Online Sexual Behavior; An Overview for Physicians.* American Society for Addiction Medicine, Miami, FL.

Griffin, E.J. (2007 March). *Cybersex: What Helping Professionals Need to Know.* The Meadows, Boca Raton, FL.

Anderson, R. and Griffin, E.J., (2007, March). *In the Shadows of the Net: What Helping Professionals Need to Know about Cybersex.* Todd County Family Services Collaborative, Browerville, MN.

Griffin, E. J. (2007, January). *Keeping Kids Safe on the Internet: Knowing What Conversations You Need to Have.* Westwood Lutheran Church; St. Louis Park, MN.

Griffin, E. J. (2007, January). *In the Shadows of the Net: Keeping Your Youth Safe on the Internet.* St. Andrew Lutheran Church; Eden Prairie, MN.

Griffin, E. J. (2006, December). *In the Shadows of the Net: What Military Professionals Need to Know.* Army Family Advocacy Services Training; San Antonio, TX.

Griffin, E. J. (2006, December). *The Good, the Bad and the Ugly: Parenting in an Electronic World.* Minnesota Council on Family Relations; St. Paul, MN.

Delmonico, D. L. and Griffin, E. J. (2006, November). *Cybersex in Religious Communities.* St. John Vianney; Sacramento, CA.

Delmonico, D. L. and Griffin, E. J. (2006, November). *Cybersex Unhooked: My Space, Your Space, Cyberspace What Helping Professionals Need to Know.* Jan Connell and Associates;

Delmonico, D. L. and Griffin, E. J. (2006, November). *Crossing the Superhighway: Keeping Kids Safe on the Internet.* Heschel High School; New York, NY.

Delmonico, D. L. and Griffin, E. J. (2006, November). *Internet Myths.* Heschel High School; New York, NY.

Delmonico, D. L. and Griffin, E. J. (2006, November). *Lessons from a Spider.* Presentation at Heschel High School; New York, NY.

Delmonico, D. L. and Griffin, E. J. (2006, November). *Internet Myths.* Presentation at Joseph Slipka Middle School; New York, NY.

Delmonico, D. L. and Griffin, E. J. (2006, November). *Lessons from a Spider.* Presentation at Joseph Slipka Middle School; New York, NY.

Delmonico, D. L. and Griffin, E. J. (2006, November). *Crossing the Superhighway: Keeping Kids Safe on the Internet.* Presentation at the Hebrew Academy of Long Beach; Long Beach, NY.

Delmonico, D. L. and Griffin, E. J. (2006, October). *My Space, Your Space, Cyberspace.com: Adolescents and the Internet.* Presentation at the Society for the Advancement of Sexual Health Conference; Chicago, IL.

Delmonico, D.L. and Griffin, E. J. (2006, May). *In the Shadows of the Net: Sex Offenders Online.* Middle Atlantic States Correctional Association, Baltimore, MD

Griffin, E.J. (2006, May) *Crossing the Super Highway: Keeping Kids Safe on the Internet.* Project Pathfinder, St. Paul, MN.

Griffin, E.J. (2006, April) *Sex Addiction, Cybersex, and The Christian Community.* House of Hope Presbyterian Church, St. Paul, MN.

Griffin, E.J. (2006 May) *Cybersex Addiction and The Church,* Luther Seminary, St. Paul, MN.

Delmonico, D. L. and Griffin, E. J. (2006, April). *In the Shadows of the Net: Sex Offenders Online.* New York Family Services, Poughkeepsie, NY.

Griffin, E. J., Bunger, A and Haider, W. (2006, April). *Sex Offenders and the Computer: Managing Use in a Technological Age.* Presentation at the MN Association for the Treatment of Sexual Abusers 10th Annual Conference; Brooklyn Park, MN.

Hébert, J. and Griffin, E. J. (2006, April). *Women Working with Adult Male Sexual Abusers: A Conversation.* Presentation at the MN Association for the Treatment of Sexual Abusers 10th Annual Conference; Brooklyn Park, MN.

Griffin, E.J. (2006 April). *Crossing the Super Highway: Keeping Kids Safe on the Internet.* Immanuel Lutheran, Eden Prairie, MN.

Griffin, E. J. (2006, April). *Crossing the Super Highway: Keeping Kids Safe on the Internet.* St. Philip the Deacon Lutheran Church; Plymouth, MN

Delmonico, D. L., and Griffin, E.J. (2006, March). *Cybersex Compulsives and Online Sex Offenders: What Helping Professionals Need to Know.* Santé Institute for Professional Education and Research; Argyle, TX.

Griffin, E.J. and Anderson, R. (2006 March). *Sex Offenders Online: What Professional Need to Know.* Stearns County Child Protection, St. Cloud, MN.

Delmonico, D. L., and Griffin, E.J. (2006, March). *Individual and Group Therapy for Clients with Online Sexual Problems.* Santé Institute for Professional Education and Research; Argyle, TX.

Griffin, E.J. and Corley, D. (2006, March). *Treating Partners and Couples with Cybersex Issues.* Santé Institute for Professional Education and Research; Argyle, TX.

Griffin, E. J. (2006, February). *Internet Behavior in the Home.* Zachary Lane Elementary Parent Teacher Organization; Plymouth, MN.

Delmonico, D. L. and Griffin, E.J. (2006, January). *Disorders of Desire: Cyberspace, Sexuality and Religious Life.* Presentation at the Guest House First Annual Winter Leadership Conference: Religion and Pain; Savannah, GA.

Griffin, E. J. (2006, January). *Crossing the Super Highway: Keeping Kids Safe on the Internet.* Presentation for Mt. Olivet Lutheran Church; Plymouth, MN.

Delmonico, D. L. and Griffin, E.J. (2006, January). *Sex Offenders Online.* Presentation at the Pennsylvania Sex Offenders Assessment Board – Department of Corrections, Probation, and Parole; Harrisburg, PA.

Griffin, E. J. (2005, October). *In the Shadows on the Net: Understanding and Assessing Compulsive Online Sexual Behavior.* Presentation at the 36th Annual Minnesota Association of Resources for Recovery and Chemical Health Conference; St. Paul, MN.

Griffin, E. J. and Anderson, R. (2005, April). *Sex Offenders and the Internet.* Presentation at the MN Association for the Treatment of Sexual Abusers 9th Annual Conference; Brooklyn Park, MN.

Delmonico, D. L. and Griffin, E. J. (2004, November). *Sex Offenders Online.* Presentation at the Pennsylvania Sex Offenders Assessment Board – Department of Corrections, Probation, and Parole; Harrisburg, PA.

Griffin, E. J. and Anderson, R. (2004, November). *Sexual Behavior Problems and The Internet.* Presentation for The Sexual Abuse Intervention Network of Lake County; Gurnee, IL.

Delmonico, D. L. and Griffin, E.J., (2004, October) *Sex Offenders Online: What you need to Know.*, Association for the Treatment of Sexual Abusers, Albuquerque, NM.

Delmonico, D. L. and Griffin, E. J. (2004, October). *Cybersex in the Seminary.* Presentation at Bethel University and Seminary; Minneapolis, MN.

Delmonico, D. L. and Griffin, E. J. (2004, September). *In The Shadows Of The Net: Cybersex Basics.* Presentation at the meeting of the Illinois Coalition Against Sexual Abuse.

Delmonico, D. L. and Griffin, E. J. (2004, July). *Cybersex and the Clergy.* Presentation at the meeting of the Guest House Retreat for the Treatment of Addicted Clergy; Minneapolis, MN.

Griffin, E. J. (2004, March). *Working with Couples in Sexual Offender Treatment.* Presentation at the MN Association for the Treatment of Sexual Abusers 8th Annual Conference; Brooklyn Park, MN.

Griffin, E. J. (2004, March). *Use of the Internet by Sexual Offenders.* Presentation at the MN Association for the Treatment of Sexual Abusers 8th Annual Conference; Brooklyn Park, MN.

Griffin, E. J. (2004 March). *In the Shadows on the Net: Understanding Cybersex.* Presentation for Hazelden Mental Health Center; Center City, MN.

Griffin, E. J. (2003, November). *Cybersex and Pornography.* Presentation for the Minnesota Network; St. Paul, MN.

Delmonico, D. L. and Griffin, E. J. (2003, October). *Cybersex Version 2.0: New Problems and New Solutions.* The Association for the Treatment of Sexual Abusers; St. Louis, MO.

Delmonico, D. L. and Griffin, E. J. (2003, September). *Cybersex Version 2.0: New Problems and New Solutions.* Presentation at the meeting of the National Council on Sexual Addiction and Compulsivity; Minneapolis, MN.

Delmonico, D. L. and Griffin, E. J. (2003, July-August). A series of four online courses for Loma Linda University Medical School Continuing Medical Education division. The four courses were: (1) Sexual Boundaries and Physicians; (2) Identifying Sexual Compulsivity in Patients; (3) Identifying Child Sexual Abuse; (4) Responding to Atypical Sexual Behavior in Patients.

Delmonico, D. L. and Griffin, E. J. (2003, June). *In the Shadows of the Net: Understanding, Assessing, and Treating Cybersex Compulsivity.* Training for Prairie View Psychiatric Hospitals; Newton, KS.

Delmonico, D. L. and Griffin, E. J. (2003, June). *Crossing the Superhighway: Keeping Kids Safe on the Internet.* Community presentation for Prairie View Psychiatric Hospitals; Newton, Kansas.

Griffin, E. J. (2003, May). *Internet, Cybersex and Addiction: Sex Offender Management in the Computer Age.* Presentation for Department of Criminal Justice Sciences, Illinois State University; Normal, IL.

Delmonico, D. L. and Griffin, E. J. (2003, March). *Child and Adolescent Sexuality in an Electronic World.* Presentation at the meeting of the Minnesota Association for the Treatment of Sexual Abusers; Minneapolis, MN.

Delmonico, D. L. and Griffin, E. J. (2003, March). *Cybersex Version 2.0: Advanced Concepts on the Clinical Implications of Cybersex Compulsivity.* Presentation at the meeting of the Minnesota Association for the Treatment of Sexual Abusers; Minneapolis, MN.

Griffin, E .J. and Delmonico, D. L. (2003, March). *Protecting Children from Cybersex.* Presentation for the St. Cloud Community; St. Cloud, MN.

Griffin, E. J. (2003, February). *Cyberporn.* Presentation at the MN Community Corrections Associations; Minneapolis, MN.

Griffin, E.J. (2003, January). *Issues of Sexuality.* Saint John's Abbey, Collegeville, MN.

Griffin, E. J. (2002, November). *Cybersex: What Investigators Need to Know.* Presentation for the MN Internet Crimes Against Children Task Force; Minneapolis, MN.

Griffin, E. J. and Raymond, N. (2002, October). *Compulsive Cybersex Behavior.* Presentation at the 3rd Annual Psychiatry Review Impulse Control Disorders: Neurobiology, Diagnosis, and Treatment; Minneapolis, MN.

Griffin, E. J. and Delmonico, D. L. (2002, October). *In the Shadows of the Net: Assessing and Treating Cybersec.* Presentation at the ATSA Conference, Montreal, Quebec, Canada.

Griffin, E. J. (2002, October). *Sexual Addict vs. Sexual Offender.* Presentation for The Meadows; Scottsdale, AZ.

Griffin, E .J. and Canning-Fulton, M. (2002, October). *Enlisting the Imaginable to Elicit Change.* Presentation for The Meadows; Scottsdale, AZ.

Griffin, E .J. and Delmonico, D. L. (2002, October). *In the Shadows of the Net: An Online Demonstration of the Assessment and Treatment of Cybersex.* Presentation at the NCSAC Conference; Nashville, TN.

Griffin, E. J. and Delmonico, D. L. (2002, September). *In the Shadows of the Net: Understanding Cybersex Compulsivity.* Presentation at the U.S. Journal Conference; Las Vegas, NV.

Griffin, E. J. (2002, September). *Psychology of Internet Sexual Offenders.* Presentation at the MN Chapter of High Technology Crime Investigation Association; Minneapolis, MN.

Griffin, E .J. and Delmonico, D. L. (2002, September). *Internet Sex: Assessment, Diagnosis, and Treatment Options.* Presentation at the U.S. Journal Conference; Las Vegas, NV.

Griffin, E.J. (2002, April) *Internet Addiction and Cybersex.* St. Cloud Hospital, St. Cloud MN.

Griffin, E. J. (2002, February*). Sexual Compulsivity and Cybersex.* Presentation for the Citizens for Community Values; Atlanta, GA.

Griffin, E. J. (2002, February) *Sexual Compulsivity and the Church.* Presentation for the Psychological Studies Institute; Atlanta, GA.

Griffin, E. J. and Delmonico, D. L. (2001,October). *In the Shadows of the Net: Assessing and Treating Compulsive Online Sexual Behavior.* Presentation for the 2001 ATSA Conference; San Antonio, TX.

Griffin, E. J. and Delmonico, D. L. (2001, June). *Cybertrauma and the Impact of Virtual Victimization*. Presentation of the Interfaith Sexual Trauma Institute; St. Cloud, MN.

Griffin, E. J. and Delmonico, D. L. (2001, June). *Understanding Cybersex.* Presentation of the Interfaith Sexual Trauma Institute; St. Cloud, MN.

Griffin, E. J. and Delmonico, D. L. (2001, June). *Virtual Exploitation: Understanding Online Sex Offenders*. Presentation at the meeting of the FACES Trauma Conference; Orlando, FL.

Griffin, E. J. and Delmonico D. L. (2001, June). *In the Shadows of the Net: Compulsive Online Sex - An Online Demonstration.* Presentation at the meeting of the FACES Trauma Conference; Orlando, FL.

Griffin, E. J. and Delmonico D. L. (2001, June). *In the Shadows of the Net: Assessing Online Sexual Behavior.* Presentation at the meeting of the FACES Trauma Conference; Orlando, FL.

Griffin, E. J. (2001, November). *Sexual Compulsivity and Cybersex*. Presentation for Coastal AHEC; Wilmington, NC.

Griffin, E. J. and Delmonico, D.L. (2001, June). *In the Shadows of the Net: Compulsive Online Sex – An Online Demonstration*. Presentation for FACES National Trauma Conference; Orlando, FL.

Griffin, E.J. and Delmonico, D.L. (2001, June). *In the Shadows of the Net: Assessing Online Sexual Behavior*. Presentation for the FACES National Trauma Conference; Orlando, FL.

Griffin, E. J. and Delmonico, D. L. (2001, May). *In The Shadows of the Net: Compulsive Online Sex – An Online Demonstration.* Presentation at the FACES National Trauma Conference; Las Vegas, NV.

Griffin, E. J. and Delmonico, D.L. (2001, May). *In the Shadows of the Net: Assessing Online Sexual Behavior.* Presentation at the FACES National Trauma Conference; Las Vegas, NV.

Griffin, E. J. (2001, May) *In the Shadows of the Net: Understanding Cybersex.* 18th Annual Institute for Alcohol and Drug Studies, Evansville, IL.

Griffin, E. J. (2001, May). *Enlisting the Imagination to Elicit Change: Using Characters, Toys, and Tools to Engage and Effectively Treat Clients.* 18th Annual Institute for Alcohol and Drug Studies; Evansville, IN.

Griffin, E .J. (2001, March*). In the Shadows of the Net: Compulsive Online Sex.* A Presentation for the MN Chapter of ATSA; Minneapolis, MN.

Griffin, E. J. (2000, October) Cybersex: *Online Sexuality – Getting Tangled in the Web.* Presentation for Blanchard and Associates; Sheridan, WY.

Griffin, E. J. (2000, September). *Cybersex: Online Sexuality.* Presentation for Project Pathfinder; St. Paul, MN.

Griffin, E. J. (2000, July). *Cybersex: Online Sexuality.* Presentation for Project Pathfinder, St. Paul, MN.

Griffin, E. J. (2000, May). *Sexual Addict vs. Sexual Offender.* Presentation for The Meadows; Scottsdale, AZ.

Griffin, E. J. (2000, March). *In The Shadows of The Net: Understanding Cybersex.* Presentation for the 2000 Spring Training, MN Corrections Association; Wilmar, MN.

Griffin, E. J. (1998, October). *Is it Sexual Addiction, Sexual Offending or Both?* Presentation at the Rimrock Foundation's Addiction Treatment Symposium; Billings, MT.

Fjerkenstad, J. and Griffin, E. (1998, June). *Hermes Web Site: Exploring the Crossroads Between Victims, Perpetrators and Spirituality.* Interfaith Sexual Trauma Institute, Collegeville, MN.

Griffin, E.J. and Wilcox, B. (1997, June). *Similarities Between Victims and Perpetrators.* Interfaith Sexual Trauma Institute, Saint Paul, MN.

Griffin, E. J. (1996, March). *Plethysmograph: Friend or Foe.* Presentation for The University of Texas Southwestern Medical Center and The National Council on Sexual Addiction and Compulsivity; Dallas, TX.

Griffin, E.J. (1996, February). *Clinical Interviewing of Children: Focusing on Trauma.* 2nd Annual Dual Disorder Conference, San Diego, CA.

Griffin, E. J. and Alvarez, M (1995, February). *Assessing, Diagnosing and Treating The Sex Offender*. Presentation for Del Amo Hospital; Torrance, CA.

Griffin, E. J. (1991, February). *The Sexual Trauma Model*. Presentation at the Sexual Trauma and Sexual Compulsion: Assessment, Intervention and Treatment Workshop; Southwood Hospital Sexual Trauma Program; Anaheim, CA.

Griffin, E. J. (1991, January). *Identifying Physical and Sexual Child Abuse*. Presentation for A Course for Educators; The University of Phoenix; Oceanside, CA.

Griffin, E. J. (1990, November). *Overview of The Sexual Trauma Model*. Presentation at the Sexual Trauma and Sexual Compulsion: Assessment, Intervention and Treatment Workshop; Southwood Hospital Sexual Trauma Program; Los Angeles, CA.

Griffin, E. J. (1990, November). *Child Sexual Abuse: Interviewing Children/Credibility Issues*. Presentation at Southwood Hospital's Sexual Trauma Training Program; Chula Vista, CA.

Griffin, E.J. (1990, September). *Sexual Abuse in Children and Adolescents: How to Identify and evaluate sexual abuse and determine the credibility of information received.* Southwood Hospital, Fresno, CA.

## EXPERT WITNESS QUALIFIED

California
Georgia
Minnesota
Montana
Nevada
North Carolina
Texas

## PROFESSIONAL AND COMMUNITY SERVICE
### *Boards and Organizations*

| | |
|---|---|
| **Present** | *Minnesota Association for the Treatment of Sexual Abusers*<br>President |
| **2006 – 2012** | *Minnesota Association for the Treatment of Sexual Abusers*<br>Board Member |
| **2000 - 2003** | *Vanderbilt University Functional MRI Addictions Project*<br>Advisory Council Member |
| **1998 - 2001** | *National Council on Sexual Addiction and Compulsivity*<br>Board Member |
| **1998 - 2001** | *National Council on Sexual Addiction and Compulsivity*<br>Conference Chair |

***<u>Organization Memberships</u>***
Association for the Treatment of Sexual Abusers

Sex Offender Civil Commitment Program Network